No. 00–1417. BECK ET AL. *v.* UNITED STATES; and
No. 00–8512. SEDLACKO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 234 F. 3d 827.

No. 00–1815. STEAKHOUSE, INC., ET AL. *v.* CITY OF RALEIGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1839. MACDONALD ET AL. *v.* CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 00–9621. PEREZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–10787. GUERRERO-BARAJAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–64. HERSON, DBA BYNX ET AL. *v.* OREGON DRIVER AND MOTOR VEHICLE SERVICES BRANCH. Ct. App. Ore. Certiorari denied.

No. 01–475. JAMES ET AL. *v.* CITY OF DALLAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–592. CALIFORNIA FEDERAL BANK, FSB *v.* UNITED STATES; and
No. 01–698. UNITED STATES *v.* CALIFORNIA FEDERAL BANK, FSB. C. A. Fed. Cir. Certiorari denied. Reported below: 245 F. 3d 1342.

No. 01–619. BRAGG ET AL. *v.* WEST VIRGINIA COAL ASSN. ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–639. MINORITY MEDIA AND TELECOMMUNICATIONS COUNCIL ET AL. *v.* MD/DC/DE BROADCASTERS ASSN. ET AL.; and
No. 01–662. OFFICE OF COMMUNICATION, INC., UNITED CHURCH OF CHRIST *v.* MD/DC/DE BROADCASTERS ASSN. ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 236 F. 3d 13.

No. 01–664. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.